NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**MICRON TECHNOLOGY, INC.,**
*Plaintiff/Counterclaim Defendant-Appellee,*

AND

**MICRON ELECTRONICS, INC.** AND
**MICRON SEMICONDUCTOR PRODUCTS, INC.,**
*Counterclaim Defendants-Appellees,*

**v.**

**RAMBUS INC.,**
*Defendant/Counterclaimant-Appellant.*

_____

2013-1294

_____

Appeal from the United States District Court for the District of Delaware in No. 00-CV-0792, Judge Sue L. Robinson.

_____

**ON MOTION**

_____

**O R D E R**

The parties jointly move to withdraw this appeal.

2                           MICRON TECHNOLOGY, INC. v. RAMBUS INC.


Upon consideration thereof:

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: January 8, 2014